UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 15-cr-10182-RWZ |
| | ) | |
| ORISTEL SOTO-PEGUERO | ) | |

MOTION FOR DISCOVERY OF GRAND JURY MINUTES

The defendant moves this Honorable Court to order the government to provide the defendant with all of the grand jury minutes from the presentation of this case. This request includes but is not limited to the complete testimony of Agent Carl Rideout from July 14, 2015 which, to date, has been provided to defense counsel with pp. 5-11 and 37-43 redacted from the transcript.

As grounds for this motion, the defendant states the following:

1. Pursuant to F.R.C.P. 6 (e)(3)(E), the Court may order the requested discovery.

2. The government maintains that the redacted transcript concerns information provided by a confidential informant regarding events the government maintains are not germane to the defense. Nonetheless, the defendant argues that the nature of the overall investigation is relevant to the defense at trial. Agent Rideout is an expected government witness at the defendant's trial, and his testimony concerning the use of informants and targeting of suspects is a matter of significance. Further, production of discovery would contribute to the "search for truth," United States v. Pollock, 417 F.Supp. 1332, 1344 (D. Mass. 1976) and alleviate concern that the prosecutor has sole access to the evidence. See Dennis v. United States, 384 U.S. 855, 873 (1966).

3. To the extent appropriate, the defense agrees that the following information the contact information of the informant (date of birth, address, phone number, etc.) may be redacted from the requested discovery.  The defense does request the name of the informant; however, if the Court chooses to order redactions, the defense respectfully reserves the right to file additional motions seeking the redacted information on an as-needed basis.

4. The requested relief is necessary to ensure due process of law, confrontation of witnesses, and effective assistance of counsel, all as guaranteed by the Fifth and Sixth Amendments to the United States Constitution.

Respectfully submitted,
ORISTEL SOTO-PEGUERO
By his attorney:

/s/ David J. Grimaldi
_____
David J. Grimaldi
David J. Grimaldi, P.C.
BBO No. 669343
675 Massachusetts Avenue, 9th Floor
Cambridge, MA 02139
617-661-1529 (tel)
857-362-7889 (fax)
david@attorneygrimaldi.com

DATE: January 2, 2018

CERTIFICATE OF SERVICE

I, David J. Grimaldi, hereby certify that true copies of this motion were served on AUSA Theodore Heinrich and Attorney Peter Parker via ECF this January 2, 2018.

/s/ David J. Grimaldi
_____
David J. Grimaldi