UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORISTEL SOTO-PEGEURO, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | *  Criminal Action No. 1:15-cr-10182-IT |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
| Respondent. | * |

MEMORANDUM & ORDER

February 11, 2025

TALWANI, D.J.

Pending before the court is Petitioner Oristel Soto-Peguero's Motion to Vacate [Doc. No. 317] pursuant to 28 U.S.C. § 2255, filed on January 24, 2022. After the court addressed the government's motion for an order regarding waiver of attorney-client privilege and motion to disclose portions of the transcript of the jury selection, the government filed its Opposition [Doc. No. 341] to Petitioner's motion, on May 8, 2024. Petitioner subsequently filed multiple letters with this court seeking extensions of time to file a reply, which the court granted, including, most recently, on January 8, 2025, when the court granted a "final one-month extension [for Petitioner] to file his reply, to February 21, 2025 only." Elec. Order [Doc. No. 363].

In a letter dated January 20, 2025, and entered on the docket on January 27, 2025, see Letter [Doc. No. 365], Petitioner alleges problems with his prison conditions and with his mental health, and asks this court to "send [him] somewhere to get the help [he] need[s]." Petitioner's allegations as to his prison conditions and mental health are not properly before this court in this 2255 petition, and this court lacks jurisdiction to address them.

Petitioner's Letter again requests additional time to reply to the Respondent's Opposition [Doc. No. 341]. Petitioner states that he is due to be transferred within three weeks to a month of his letter to an unspecified destination and that he would need a month after being transferred to collect his property and gather his legal paperwork. Where this court made clear that Petitioner's previous extension for the reply brief would be his last, Petitioner's request for a further extension is denied. However, upon entry of an order on Petitioner's Motion to Vacate [Doc. No. 317], the court will allow the government and Soto-Peguero one month to file a motion for reconsideration of this court's decision, if either party contends that the court's decision is based on a legal or factual error.

As Petitioner's Letter stated that he is due to be moved, Petitioner is reminded of his obligation to update his address and contact information to allow this court to send him filings and entries from the docket of this case.

IT IS SO ORDERED.

February 11, 2025                    /s/ Indira Talwani
                                     United States District Judge